

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **V.** § § | **CASE NO. 9:06-CR-30(4)** |
| **RODOLFO AGUILAR** § § | |

<u>**MEMORANDUM ORDER**</u>
<u>**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**</u>
<u>**ON DEFENDANT'S GUILTY PLEA**</u>

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #791]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on **Count I** of the Second Superseding Indictment filed against Defendant in this cause.

The parties have not objected to the magistrate's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #791] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate's findings and recommendation, Defendant, Rodolfo Aguilar, a/k/a "Roro", is hereby adjudged as guilty on **Count I** of the charging Second Superseding Indictment charging violations of Title 21, United States Code, Section 846.

**SIGNED** this the **21** day of **March, 2007.**

_____
Thad Heartfield
United States District Judge